UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x
YESH MUSIC, LLC,

                          Plaintiff,                  Case No. 1:12-cv-06732 RMB-AMD

         v.

                                            ECF CASE

NEW JERSEY DISTRICT COUNCIL OF THE
ASSEMBLIES OF GOD; DAN DIFELICE, An
Individual,                                  **STIPULATION OF VOLUNTARY
                                                    DISMISSAL PURSUANT TO F.R.C.P.
                        Defendants.               41(a)(1)(A)(ii)**
------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

By: _____
Darren M. Geliebter
Lombard & Geliebter LLP
dgeliebter@lgtrademark.com
1115 Broadway, 12th Floor
New York, NY 10010
Telephone: (646) 308-1607
Facsimile: (646) 349-5567
*Attorneys for Plaintiff*

Dated: 3/20/13

By: _____
Michael Dolich
Bennett, Bricklin & Saltzburg LLC
dolich@bbs-law.com
6000 Sagemore Drive
Suite 6103
Marlton, NJ 08053
Telephone: (856) 673-3462
Facsimile: (856) 751-5281
*Attorneys for Defendant New Jersey District
Council of the Assemblies of God*

Dated: 3/26/13

By: _____
Paul Maselli
Maselli Warren, P.C.
600 Alexander Road
Princeton, New Jersey 08540
Telephone: (609) 452-8411
Facsimile: (609) 452-8422
*Attorneys for Defendant Dan DiFelice*

Dated: 3/26/13